UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY L. BAUMGARDNER,<br><br>                Plaintiff,<br><br>v.<br><br>MAGGIE MILLER-STOUT, BERNARD WARNER, EARL X. WRIGHT, KEVIN BOVENKAMP, KAREN JASPER, JAY CLEMENT, DONNA BYRNES and WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                Defendants. | NO: 2:15-CV-00045-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE |

Magistrate Judge Rodgers filed a Report and Recommendation (ECF No. 16), recommending that Mr. Baumgardner's Motion to Voluntarily Dismiss be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion (ECF No. 14) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1   **IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee (ECF

2   No. 15) is **GRANTED** and the institution having custody of Mr. Baumgardner

3   shall cease collection of the filing fee in this action, formerly cause number **2:15-**

4   **CV-00045-JTR,** now 2:15-CV-00045-TOR.

5   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

6   Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff

7   and close the file.  The District Court Executive is further directed to send a copy

8   of this Order to the **Office of the Department of Corrections, Attn: LFO/COS**

9   **UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate

10  agency having custody of Plaintiff.  The District Court Executive also shall provide

11  a copy of this Order to the Financial Administrator for the United States District

12  Court, Eastern District of Washington.

13       **DATED** May 27, 2015.



                    THOMAS O. RICE
                  United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2